# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

GLENN ALPHONSO                                      CIVIL ACTION

VERSUS

STATE OF LOUISIANA, THROUGH THE
LOUSIANA DEPARTMENT OF SAFE                NO. 25-00605-BAJ-EWD
AND CORRECTIONS, ET AL.

## RULING AND ORDER

On January 21, 2026, the Magistrate Judge issued a **Report And Recommendation (Doc. 22, the "R&R")** recommending that the above-captioned action be remanded to the Twentieth Judicial District Court for the Parish of East Feliciana, State of Louisiana, because removal to this Court was procedurally defective as Defendants did not unanimously consent to removal. The Report also recommends that Plaintiff be awarded just costs and actual expenses, including attorney's fees, if Plaintiff provided "a supplemental memorandum and supporting evidence to quantify the amounts sought, including attorney's fees, incurred as a result of the removal" by no later than February 4, 2026. The record shows that no objections to the R&R were filed and that Plaintiff did not submit a supplemental memorandum regarding attorney's fees.

Having carefully considered Defendant's Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 6), Defendant's Opposition (Doc. 12), and Plaintiff's Reply Brief (Doc. 21), the Court **APPROVES** the Magistrate Judge's Report And Recommendation and **ADOPTS** it as the Court's opinion in this matter.

20th JDC - Certified

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Doc. 6) is **GRANTED.**

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby immediately **REMANDED** to the Twentieth Judicial District Court for the Parish of East Feliciana, State of Louisiana.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Entry of Preliminary Default and for Hearing on Conformation of Default (Doc. 7) and Defendants' Motion for Summary Judgment (Doc. 11) are **DENIED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney's fees and costs is **DENIED**.

Baton Rouge, Louisiana, this ____ day of February, 2026

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2